IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00036-BNB

MOUSSA S. BITAR,

Applicant,

v.

WARDEN B. DAVIS,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 8 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

On January 17, 2008, Applicant submitted to the Court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action. Magistrate Judge Boyd N. Boland entered an order, on February 11, 2008, directing Applicant to show cause why the Application should not be denied for failure to exhaust his administrative remedies. Mr. Bitar was warned that the Application would be denied without further notice if he failed to comply within the time allowed.

Applicant now has failed to communicate with the Court, and as a result he has failed to show cause within the time allowed. The Court has reviewed the Application, concurs with Magistrate Judge Boland's findings, and finds that the action should be dismissed for failure to show cause and to prosecute. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to show cause and to prosecute.

DATED at Denver, Colorado, this 27 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00036-BNB

Moussa S. Bitar
Reg. No. 35074-013
FDC - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/28/8

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk